UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHAWN YOUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14CV113 SNLJ |
| CARL HEFNER, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for reconsideration of the dismissal of this matter. The Court has reviewed plaintiff's arguments in support of his motion and finds them without merit.

As the Court found in its August 21, 2014 Memorandum and Order supporting dismissal of this matter, plaintiff's action is subject to dismissal for multiple reasons. The foremost reason for dismissal is that this action is barred by the doctrine of res judicata. Nothing in plaintiff's motion for reconsideration calls this finding into question. As such, plaintiff's motion for reconsideration of the dismissal of this case will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this dismissal would not be taken in good faith.

Dated this 2nd day of October, 2014.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE